IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PHILLIP C. ROBERTS                                                                                      PLAINTIFF

v.                                        NO. 4:14CV00385 JLH

UNION PACIFIC RAILROAD                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 10th day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE